UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMMIE PRATER WELLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-274-JWD-RLB** |
| **PROGRESSIVE COMMUNITY CARE, INC., ET AL.** | |

# ORDER

On April 11, 2018, the Court granted Tammie Prater Wells' ("Plaintiff") Motion for Leave to Proceed in Forma Pauperis. (R. Doc. 3). As Plaintiff is now proceeding in forma pauperis ("IFP"), the undersigned has performed a review, pursuant to 28 U.S.C. § 1915(e), to determine whether the complaint should be dismissed as frivolous or malicious, or whether it fails to state a claim on which relief may be granted.

This is a breach of contract action. Plaintiff, who appears to be a citizen of the State of Louisiana, seeks relief from Keyorka Dennis, who also appears to be a citizen of the State of Louisiana, and Progressive Community Care, Inc. (R. Doc. 1 at 1). In her prayer for relief, Plaintiff states that she "would like the court to order proper payment as agreed in the contract," further contending that while the contract was "for $2500 monthly for 2 years" (for a total of $60,000), she only received $400. (R. Doc. 1 at 2).

In reviewing the Complaint in the light most favorable to Plaintiff, it appears that the Court cannot exercise subject matter jurisdiction over this action. Plaintiff does not seek relief under any federal law supporting federal question jurisdiction. *See* 28 U.S.C. § 1331. Furthermore, it appears that diversity jurisdiction is lacking because there is not complete

diversity between the parties[1] and the requirement that the amount in controversy exceed $75,000, exclusive of interest and costs, is not satisfied. *See* 28 U.S.C. § 1332.

Based on the foregoing,

**IT IS ORDERED** that, within 21 days of the date of this Order, Plaintiff shall either (1) amend her Complaint to provide the basis for subject matter jurisdiction or (2) file a memorandum in support of a finding of subject matter jurisdiction based on the allegations in the original Complaint.

Signed in Baton Rouge, Louisiana, on April 16, 2018.

                                              RICHARD L. BOURGEOIS, JR.
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff and Keyorka Dennis both appear to be Louisiana citizens. The Complaint does not identify the citizenship of Progressive Community Care, Inc., which is determined by the corporation's state of incorporation and principal place of business. *See* 28 U.S.C. § 1332(c)(1); *Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633, 637 (5th Cir. 1983).