**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

TAMMIE PRATER WELLS

VERSUS

CIVIL ACTION

NO. 18-274-JWD-RLB

PROGRESSIVE COMMUNITY CARE, INC.,
ET AL.

<u>OPINION</u>

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated May 31, 2018, to which no objection was filed;

**IT IS ORDERED** that plaintiff's complaint shall be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Judgment shall be entered accordingly. Signed in Baton Rouge, Louisiana, on <u>June 22, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**